# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: August 28, 2006

To: Judge Pamela Ann Rymer
U.S. Court of Appeals Building
125 South Grand Avenue, Suite 600
Pasadena, CA 91109-1510

From: United States District Court
300 Ala Moana Blvd. Room C-338
Honolulu, Hawaii 96813

| | | | |
|---|---|---|---|
| DC No: | CV 04-00523DAE | Appeal No: | 04-17491 |
| Short Title: | USA vs. Boulware | | |

| | | |
|---|---|---|
| Clerk's Files in | 1 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders)   docket # |
| Reporter's Transcripts | 1 | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

RECEIVED
CLERK U.S. DISTRICT COURT
SEP 20 2007
DISTRICT OF HAWAII

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____    Date: _____